ORIGINAL

AUSA: Adam Z. Margulies

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DONALD JASON DOEHRER,<br><br>Defendant. | **24 MAG 133**<br><br>**COMPLAINT**<br><br>Violations of 18 U.S.C. §§ 2251(a), (e);<br>2252A(a)(5)(B), (b)(2); 2260A<br><br>COUNTY OF OFFENSE:<br>NEW YORK |

SOUTHERN DISTRICT OF NEW YORK, ss.:

JEREMY RYAN GALE, being duly sworn, deposes and says that he is a Special Agent with the Federal Bureau of Investigation ("FBI"), and charges as follows:

## COUNT ONE
### (Sexual Exploitation of a Child)

1.     From at least in or about February 2023 through at least in or about August 2023, in the Southern District of New York and elsewhere, DONALD JASON DOEHRER, the defendant, knowingly employed, used, persuaded, induced, enticed, and coerced a minor to engage in sexually explicit conduct, and attempted to do so, for the purpose of producing a visual depiction of such conduct, and for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed, and the visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction was actually transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed, and after the defendant had a prior conviction under Title 18, United States Code, Chapter 110, to wit, DONALD JASON DOEHRER enticed, and attempted to entice, a minor who was between the ages of 13 and 14 in Missouri ("Victim-1") to engage in sexually explicit conduct and video-stream the conduct over the Internet to DOEHRER in New York, New York, after DOEHRER had a prior conviction for possession of child pornography, in violation of Title 18, United State Code, Sections 2252A(a)(5)(B), 2252A(b)(2), and 2.

(Title 18, United States Code, Sections 2251(a) and (e).)

## COUNT TWO
### (Possession of Child Pornography)

2.     From at least in or about February 2023 through the present, in the Southern District of New York and elsewhere, DONALD JASON DOEHRER, the defendant, knowingly possessed and accessed with intent to view a book, magazine, periodical, film, videotape, computer disk, and other material that contained an image of child pornography that had been mailed, shipped and transported using a means and facility of interstate and foreign commerce and in and affecting

interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit, DOEHRER possessed sexually explicit images of minors, including images of prepubescent minors and minors who had not attained 12 years of age, in his residence in New York, New York.

(Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).)

## COUNT THREE
### (Penalties for Registered Sex Offenders)

3.      From at least in or about February 2023 through at least in or about August 2023, in the Southern District of New York and elsewhere, DONALD JASON DOEHRER, the defendant, being required by Federal and other law to register as a sex offender, committed a felony offense involving a minor under Title 18, United States Code, Section 2251, to wit, the violation of Title 18, United States Code, Sections 2251(a) and (e) charged in Count One of this Complaint.

(Title 18, United States Code, Section 2260A.)

The bases for my knowledge and for the foregoing charges are, in part, as follows:

4.      I am a Special Agent with the FBI, and I have been personally involved in the investigation of this matter.  This affidavit is based in part upon my conversations with law enforcement agents and others, and my examination of reports and records.  Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation.  Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

### Parent-1's and Victim-1's Reports to Law Enforcement

5.      Based on my communications with law enforcement personnel and my review of law enforcement records and reports, I have learned the following, in substance and in part:

a.  On or about September 7, 2023, an individual residing in St. Louis County, Missouri ("Parent-1"), contacted local law enforcement and reported, in substance and in part, that Parent-1's 14-year-old daughter ("Victim-1") was having an online relationship with an adult male who was potentially "grooming" her.[1]  Specifically, Parent-1 reported to law enforcement officers, in substance and in part, that Parent-1 had recently discovered an extensive and sexually explicit message thread on an instant messaging and Voice-over-Internet-Protocol ("VoIP) platform

---

[1] In the context of sexual abuse, "grooming" refers to actions or behaviors that are used to establish a relationship of trust and emotional connection with a child or young person, with the objective of exploiting or sexually abusing the child or young person.

("Platform-1"),[2] between Victim-1 and an individual who identified himself as "Jason" ("Individual-1").

6.      Based on my review of video footage of a forensic interview of Victim-1 conducted on September 19, 2023 (the "September 19, 2023 Interview"), and law enforcement reports summarizing that interview, I have learned the following, in substance and in part:

a.   Victim-1 stated that she and Individual-1 first met on a particular online chat service ("Platform-2").[3] Victim-1 also stated that she thought that she was 11 years old and would soon be turning 12 years old at that time.[4]

b.   Victim-1 stated that, after she first met Individual-1 on Platform-2, she and Individual-1 proceeded to corresponded by text message, voice call, and video call, using several electronic communication platforms, including Platform-1, a particular internet game ("Platform-3"), and a particular social media service ("Platform-4"), among other platforms.

c.   Victim-1 stated that Individual-1's Platform-1 name was "BLITZ," in all capital letters.

d.   Victim-1 stated that, approximately one year after she met Individual-1, Individual-1 began "teaching" her how to perform sex acts. In particular, Victim-1 stated, "he had me touch myself with a brush, he had me suck on it, he taught me how to ride it." Victim-1 also stated, in substance and in part, that Individual-1 wanted her to perform anal sex acts, but Victim-1 refused to do so.

e.   Victim-1 stated that, approximately two years after she met Individual-1, Individual-1 began using screen-sharing, including via Platform-1 "facetime," which I believe to be a reference to Platform-1's video call feature, to show Victim-1 videos—which Victim-1 believed were stored on Individual-1's phone—depicting child sexual abuse material ("CSAM"), including videos depicting, according to Victim-1, "two to four year olds getting sexually assaulted by grown men."

---

[2] VoIP is a technology that enables users to make voice calls over the Internet, *i.e.*, without using a regular telephone line. As described below, Platform-1 also allows users to communicate via video calls.

[3] Based on my review of publicly available sources, I am aware that Platform-2 was an online video and text chat platform that randomly paired users in one-on-one chat sessions in which users could chat with each other anonymously.

[4] Victim-1 also stated that she thought she had known Individual-1 for three to four years, which, based on my review of law enforcement records containing Victim-1's date of birth, would mean that Victim-1 was 10 years old or 11 years old at the time of the initial Platform-2 meeting. As described below (*see* paragraph 9), at the time of the earliest known Platform-1 chats between Victim-1 and Individual-1, Victim-1 was 12 years old and would soon be turning 13 years old.

     f.    Victim-1 stated, in particular, that Individual-1 shared with her over Platform-1 "facetime" a video depicting an adult male who "kept cumming on a baby and then he would put the same diaper back on her."

     g.    Victim-1 stated, in substance and in part, that Individual-1 asked her to share pictures and videos of her performing sex acts. Victim-1 further stated, in substance and in part, that she refused to send Individual-1 pictures and videos of her performing sex acts, but agreed to screen-share live videos of her performing such acts over Platform-1. In particular, Victim-1 stated, "he would have me get on [Platform-1] and I would touch myself, suck on it and stuff, and he would watch."

     h.    Victim-1 stated that Individual-1 sent her pictures of his penis.

### The Platform-1 Chats Between Victim-1 and Individual-1

7.     Based on my review of Victim-1's Platform-1 account, which I accessed and viewed in accordance with consent given by Parent-1, I am aware that, from at least on or about May 26, 2022, through at least on or about August 20, 2023, Victim-1, using a particular Platform-1 display name (the "Victim-1 Platform-1 Name"), communicated with a Platform-1 account user with display name "BLITZ" and username "blitz1888" (the "Platform-1 Chats").[5]

8.     Based on my review of the Platform-1 Chats and Victim-1's description of her correspondence with Individual-1 during the September 19, 2023 Interview, including, among other things, Victim-1's statements that Individual-1's Platform-1 name was "BLITZ" (*see* paragraph 6.c above) and that Individual-1 went by "Jason," among other things, I believe that the Platform-1 Chats are between Victim-1 and Individual-1.

9.     Based on my review of law enforcement records listing Victim-1's date of birth, I know that Victim-1 was 12 years old at the start of the Platform-1 Chats, and 14 years old at the end of the Platform-1 Chats.

*The Platform-1 Chats: Individual-1 Shows, and Attempts to Show, CSAM to Victim-1*

10.    Based on my review of the Platform-1 Chats, I believe that Individual-1 discussed showing Victim-1 CSAM during the Platform-1 Chats. Those references to CSAM include, among other messages, the following.

---

[5] Although the last message in the Platform-1 Chats was sent on or about August 20, 2023, I am aware, based on my review of Victim-1's Platform-1 account, that on or about December 13, 2023, Individual-1 sent Victim-1 a friend request.

4

February 17, 2023 Platform-1 Messages

     a.  On or about February 17, 2023, Individual-1 messaged Victim-1, "Are you still chill with watching hardcore cp."

     b.  Victim-1 responded to that message, "Ofc," which I believe to mean "Of course." Individual-1 and Victim-1 then engaged in the following conversation:

**BLTZ:**
So hot I stopped collecting shit a while back cause it's all kind of wack
All the semi cool stuff is kind of gross

**Victim-1 Platform-1 Name:**
Wym[6]

**BLITZ:**
Anything good video quality usually has a kid under 6 in it
Kids under 6 are bad at .... Not breaking

**Victim-1 Platform-1 Name:**
Wym by not breaking

**BLITZ:**
Wellll to put it simply
4yo holes aren't built for power pounding so any video worth watching,
blood or loss of control of teh [sic] holes is normal

**Victim-1 Platform-1 Name:**
Oh

**BLITZ:**
Yeaaaa
And it's like not ALWAYS what happens
But it makes it hard to find good stuff

**Victim-1 Platform-1 Name:**
Do u have any good stuff

**BLITZ:**
If I did we'd be watching it rn
I know you like seeing babies take dick

---

[6] I believe that "wym" is shorthand for "what do you mean."

11.    Based on the messages referenced in paragraphs 10a and 10.b above, and my training and experience as an FBI Special Agent, I believe that Individual-1's reference to "cp," as quoted in paragraph 10.a, was a reference to child pornography.

<u>February 20, 2023 to March 2, 2023 Platform-1 Messages</u>

12.    Although Individual-1 told Victim-1, on February 17, 2023, that he "stopped collecting shit a while back" (*see* paragraph 10.b above), I believe, based on Victim-1's statements during the September 19, 2023 Interview, and my review of the Platform-1 Chats, that Individual-1, in fact, possessed CSAM during the period of his correspondence with Victim-1, including after Individual-1 stated, on February 17, 2023, that he had "stopped collecting shit." In particular, based on my review of the Platform-1 Chats, I am aware of the following messages, among others:

a.    On or about February 20, 2023, Individual-1 messaged Victim-1 on Platform-1, asking, in substance and in part, if she was going to be available that night; Individual-1 later replied, in substance and in part, that she was available. At approximately 10:00 p.m., Individual-1 stated: "I have ... stuff" (ellipses original). Victim-1 responded, "Like stuff stuff." Individual-1 replied, "Like stuff stuff." Approximately twenty minutes later, Individual-1 stated that he was "waiting for [his] mom to stop walking around 😵." At approximately 10:47 p.m., Individual-1 and Victim-1 started a Platform-1 call that lasted approximately 13 minutes. At approximately 11:18 p.m., Individual-1 and Victim-1 started another Platform-1 call, which lasted approximately 19 minutes. Approximately 11 days later, on or about March 2, 2023, Individual-1 messaged Victim-1, "I WANT A TODDLER." Victim-1 responded, "😩😩😩." Individual-1 replied, "Watching Cp with you was hella fun." Based on the messages referenced above, and my training and experience as an FBI Special Agent, I believe that Individual-1's reference to "cp" on or about March 2, 2023, was a reference to child pornography.

<u>July 25, 2023 to August 4, 2023 Platform-1 Messages</u>

b.    On or about July 25, 2023, Individual-1 messaged Victim-1, again stating, "I have ... stuff" (ellipses original). Victim-1 responded, in substance and in part, that she was on vacation and would be back the next day and that Individual-1 could call her after she returned. On or about July 28, 2023, Victim-1 sent Individual-1 two images of herself clothed, and stated "My mom said I look like a gypsy." Individual-1 responded, "You do lol tell my fortune." Victim-1 responded, "Uhhh," and then, "Ur gonna show me cp soon." Individual-1 replied, "😊."

c.    On or about August 1, 2023, Individual-1 and Victim-1 engaged in the following conversation on Platform-1:

**BLTZ:**
Hey hey you
You owe me a date

**Victim-1 Platform-1 Name:**
Huh

**BLITZ:**
You do

**Victim-1 Platform-1 Name:**
Wym

**BLITZ:**
The thing

d. After sending the message, "The thing," Individual-1 then selected Victim-1's August 1, 2023 message, "Ur gonna show me cp soon," and responded directly to that message with two "eyes" emojis, as depicted below:



e. On or about August 2, 2023, at approximately 1:26 a.m., Individual-1 messaged Victim-1, "Cp time ?" Victim-1 responded to Individual-1 at approximately 12:12 p.m., stating in substance and in part, that she had fallen asleep.

f. On or about August 4, 2023, at approximately 12:04 a.m., Individual-1 messaged Victim-1 and asked, in substance and in part, how long until her phone was off. Victim-1 responded, in substance, that her phone was already off and that Victim-1 was on her computer. Individual-1 then messaged Victim-1, "Guessing today is a no go then ?" Victim-1 responded, "probably im eating ice cream and watching my show." Individual-1 and Victim-1 proceeded to argue about, among other things, the fact that Victim-1 had been avoiding Individual-1 for the past week. During that conversation, Individual-1 stated that he "probably shouldn't even be talking to [Victim-1] anymore" because Victim-1 "work[s] with kids," adding, "Look I've asked you a bunch over this last week I'm sure if you actually wanted to you had time at some point and I'm not the guy to beg for stuff." After Victim-1 said, "I just haven't been in the mood latley [sic] ig," Individual-1 responded, "That means you've been lying to me this past week that's even better." Individual-1 continued to berate Victim-1 and send Victim-1 messages that, in my training and experience as an FBI Special Agent, had the purpose and effect of emotionally manipulating Victim-1; ultimately, Victim-1 pleaded with Individual-1 to continue talking to her. At approximately 1:53 a.m., Individual-1 messaged Victim-1, "Can I call u for a sec I wanna show u something." Victim-1 agreed, and, at approximately 1:58 a.m., Individual-1 started a Platform-1 call with Victim-1 that lasted approximately seven minutes. At approximately 2:24 a.m., Individual-1 messaged Victim-1, "WANNA see the video again rq ?" Victim-1 agreed, and, at approximately 2:24 a.m., Individual started a Platform-1 call with Victim-1 that lasted approximately five minutes.

g. Based on the messages referenced in paragraphs 12.b to 12.f above, and my training and experience as an FBI Special Agent, I believe that Individual-1's and Victim-1's references to "cp" between July 25, 2023 and August 4, 2023 were references to child pornography. I further

7

believe, based on the messages described above, that between July 25, 2023 and August 4, 2023, Individual-1 possessed CSAM; attempted to show Victim-1 CSAM; and became angry with Victim-1 when Victim-1 avoided Platform-1 calls with Individual-1 on which Individual-1 would have shown Victim-1 CSAM.

*The Platform-1 Chats:*
*Individual-1 Instructs Victim-1 to Share Videos of Herself Performing Sex Acts,*
*and Sends Victim-1 Pictures of His Penis*

13.    Based on my review of the Platform-1 Chats and Victim-1's statements during the September 19, 2023 Interview, I believe that, on Platform-1, Victim-1 and Individual-1 discussed sex acts that Victim-1 performed on herself for Individual-1, and sex acts that Individual-1 requested that Victim-1 perform on herself, including sex acts that Victim-1 performed live for Individual-1 via video and audio streaming. During the Platform-1 Chats, Individual-1 also sent Victim-1 pictures of his penis. In particular, the Platform-1 messages included, among other messages, the following messages, all of which were sent when Victim-1 was 13 or 14 years old.

February 17, 2023 Platform-1 Messages

a.    On or about February 17, 2023, at approximately 12:09 a.m., Individual-1 messaged Victim-1, "I wanna watch you resize your butthole 😬 😳 🙈 ." Victim-1 responded, "Literally anything but butt stuff sorry 😅." Individual-1 replied, "It was a joke I know how you are." Approximately twenty minutes later, after further conversation on Platform-1, Individual-1 messaged Victim-1, "Should I call you," and Victim-1 responded, "Sure." Individual-1 then started a Platform-1 call with Victim-1 that lasted approximately one hour. During the call, at approximately 12:46 a.m., Individual-1 sent Victim-1 a picture of his erect penis.

July 30, 2023 Platform-1 Message

b.    On or about July 30, 2023, Individual-1 sent Victim-1 a picture of his erect penis.

August 5, 2023 Platform-1 Messages

c.    On or about August 5, 2023, at approximately 2:19 p.m., Individual-1 messaged Victim-1, "Alright we'll [sic] here's something you 100% need to work on cause it's pissing me off 😡." Victim-1 responded, "Okkk." Individual-1 replied, "Getting bigger dildos." Victim-1 then asked, in substance, if Individual-1 was going to pay for that. Individual-1 responded, "Tbh if your [sic] willing to stretch tf out of that hole I might." Victim-1 responded, "Do u not realize I can barely get the pink one in." Individual-1 replied, "I knowwww we need to break you." Based on those messages, I believe that Individual-1 previously saw Victim-1 perform sex acts on herself using dildos.

August 7, 2023 Platform-1 Messages

d.    On or about August 7, 2023, Individual-1 gave instructions to Victim-1 via Platform-1 messages as she masturbated. In particular, at approximately 7:00 p.m., Victim-1 messaged Individual-1, "Ight ima fuck myself." Individual-1 responded, "Kk hot leave mic on

8

lmao." Victim-1 replied, "I have been just quiet," and Individual-1 responded, "Good girl." At approximately 7:22 p.m., Victim-1 messaged Individual-1, "My eyes r rolling back rn." Individual-1 replied, "Make more noise but like only a little." Victim-1 then asked, in substance and in part, if another individual who was on a call with them ("Individual-2") was going to hear what was happening if Victim-1 made more noise; Individual-1 responded, "Maybe but like idk let's see what happens." Individual-1 then messaged Victim-1, "Just like u," and "Ur bubble gum pink and grippy af." Based on the context of the messages and my review of publicly available sources, I believe "bubble gum pink" was a slang reference to the color of Victim-1's genitals, "grippy" was a slang reference to Victim-1's vaginal "grip" or tightness, and "af" meant "as fuck."[7] I also believe, based on those messages, including Individual-1's references to noises made by Victim-1 and his message stating that Victim-1 was "bubble gum pink and grippy," that Individual-1 was able to see and hear Victim-1 while she masturbated.

e. Individual-1 continued to provide instructions to Victim-1 while she masturbated, including, among other things, "Do something brave," "Be louder," "Wanna go louder ?," "Don't be like 100% obvious But like go off 💀," "Louder I didn't hear it" and "Go ham just cum lol." At approximately 8:27 p.m., Victim-1 told Individual-1, in substance and in part, that she was going to get a sex toy, and asked Individual-1 whether she should get "Pink or purple" and "Muted or unmuted." Individual-1 replied, "Pink" and "Unmuted," and then stated, "Cum really hard."

*Platform-1 Chats Referencing Victim-1's Age*

14. Based on my review of the Platform-1 Chats, I believe that Individual-1 sent Victim-1 messages demonstrating that Individual-1 was aware of Victim-1's age. For example, among other messages:

a. On or about August 4, 2023, after getting angry with Victim-1 as described in paragraph 12.f above, Individual-1 messaged Victim-1, "I was gonna say my cock is too big to be tripping over a pre-teen." Based on my review of law enforcement records listing Victim-1's date of birth, I am aware that Victim-1 was 14 years old at the time of that message.

b. On or about August 5, 2023, Victim-1, before playing the Platform-3 internet game with Individual-1 and Individual-2, messaged Individual-1 to ask what she should call Individual-1 ("U want me jus call u Jason orrr") and to ask how old Victim-1 should say she is ("If it comes up How old am I") in the group conversation with Individual-2. Individual-1 responded, "Yea Jason is fine and you can be as old as you want it's just gonna be me you and my other female friend." Later that evening, Victim-1 messaged Individual-1, "Wait so I can say I'm 14 right." Individual-1 did not respond because, as he informed Victim-1 the next day, in substance and in part, he fell asleep.

15. In sum, based on Victim-1's statements during the September 19, 2023 Interview—including Victim-1's statements that Individual-1 instructed and encouraged her to perform sex

---

[7] *See, e.g.*, https://www.urbandictionary.com/define.php?term=Bubblegum%20Pink; https://www.urbandictionary.com/define.php?term=Grippy; *see also Knowles v. United States*, No. 11 Cr. 630 (KMK), 2022 WL 999078, at *7 n.10 (S.D.N.Y. Mar. 30, 2022) (citing Urban Dictionary for the meaning of a slang term).

acts over live video-calls—and the Platform-1 Chats, which corroborate and support those statements, I submit that there is probable cause to believe that Individual-1 enticed, and attempted to entice, Victim-1 to engage in sexually explicit conduct and video-stream that conduct over the Internet to Individual-1.

### Identification of Individual-1 as DONALD JASON DOEHRER

16.     Based on my review of records obtained from Platform-1, I have learned that the Platform-1 username used by Individual-1, "blitz1888," is associated with a particular email address (the "Individual-1 Email Address").

17.     Based on records obtained from a particular technology company ("Company-1"), I have learned that the subscriber of the Individual-1 Email Address is "Donald Doehrer."

18.     Based on my conversations with other law enforcement personnel and my review of law enforcement records and reports, including reports of information obtained from Parent-1, I believe that Individual-1 also communicated with Victim-1 using text messages and phone calls. Specifically, based on my conversations with other law enforcement personnel, and reports and records of law enforcement conversations with Parent-1 and/or Victim-1, I have learned that Individual-1 used a phone assigned a particular number ending in 6821 (the "6821 Phone") to communicate with Victim-1 on a particular number (the "Victim-1 Phone").

19.     Based on my review of electronic data obtained from the Victim-1 Phone, the 6821 Phone and the Victim-1 phone communicated by text message between at least on or about August 21, 2023, and on or about August 30, 2023. In addition, based on my review of records obtained from a particular provider (the "Provider"), the 6821 Phone and the Victim-1 Phone called each other between on or about August 21, 2023, and on or about August 28, 2023, including, among other communications, calls from the 6821 Phone to the Victim-1 Phone on or about August 23, 2023 (call duration: approximately one minute) and on or about August 28, 2023 (call duration: approximately seven minutes).

20.     Based on my review of records obtained from a mobile payment service (the "Payment Service"), the 6821 Phone is associated with the Payment Service account whose subscriber display names are, or were, "Donald Doehrer" and "Donaldjd."

21.     Based on my review of court records, I am aware that DONALD JASON DOEHRER, the defendant, is currently on federal supervised release in the Southern District of New York after pleading guilty to possession of child pornography, in violation of 18 U.S.C. §§ 2252A(a)(5)(B), (b)(2), and 2, and completing a term of three months' imprisonment, in *United States v. Donald Doehrer*, Case No. 20 Cr. 424 (PAE).

22.     Based on my review of phone records obtained from the Provider and court records from Case No. 20 Cr. 424 (PAE), I have learned that the subscriber of the 6821 Phone is the mother of DONALD JASON DOEHRER, the defendant.

23.     Based on my review of court records from Case No. 20 Cr. 424, I am aware that DONALD JASON DOEHRER's, the defendant's, date of birth corresponds to the numbers at the end of the Individual-1 Email Address which, as described above (*see* paragraphs 16–17), is the

email address associated with Individual-1's Platform-1 account. The Individual-1 Email Address also contains the first name, middle initial, and last initial of DONALD JASON DOEHRER.

24.    On or about December 5, 2023, law enforcement personnel showed Victim-1 a photo array containing, among other photos, a photograph of DONALD JASON DOEHRER, the defendant, that I obtained from DOEHRER's Probation Officer ("Probation Officer-1") in Case No. 20 Cr. 424 (PAE). During the photo array, Victim-1 identified that individual as Individual-1.[8]

25.    On or about January 5, 2024, I showed Probation Officer-1 the photograph of Individual-1's penis that Individual-1 sent Victim-1 on or about February 17, 2023. Probation Officer-1 identified the purple bed sheets and the background in the photograph as consistent with the bed sheets and background that Probation Officer-1 had observed in the bedroom belonging to DONALD JASON DOEHRER, the defendant, which Probation Officer-1 had previously observed on home visits to DOEHRER's residence.

26.    In sum, Individual-1's Platform-1 username is associated with a Company-1 subscriber named "Donald Doehrer" and with the Individual-1 Email Address; the Individual-1 Email Address is consistent with the full name and date of birth of DONALD JASON DOEHRER, the defendant; Individual-1 identified himself to Victim-1 as "Jason," which is DOEHRER's middle name; Individual-1 communicated with Victim-1 using the 6821 Phone, for which the subscriber is DOEHRER's mother; Probation Officer-1 identified a photograph that Individual-1 sent Victim-1 as being from DOEHRER's bedroom; and Victim-1 identified DOEHRER in a photo array as Individual-1.

27.    Accordingly, I believe that Individual-1 is DONALD JASON DOEHRER, the defendant.

### CSAM Found on DOEHRER's Phone During the January 11, 2024 Search of DOEHRER's Residence

28.    On or about January 11, 2024, other law enforcement personnel and I conducted a search of the residence in New York, New York, of DONALD JASON DOEHRER, the defendant, pursuant to a search warrant. Based on my personal participation in that search and my conversations with other law enforcement personnel who participated in it, I am aware of the following, in substance and in part:

a.    During the search, law enforcement personnel discovered an iPhone charger plugged into the wall of DOEHRER's bedroom, and a particular iPhone (the "iPhone") stored in a dresser in DOEHRER's mother's bedroom. In particular, DOEHRER's mother informed law enforcement, in substance and in part, that she owned five phones, but that DOEHRER used one of those phones, *i.e.*, the iPhone, which DOEHRER's mother stored in her bedroom dresser. DOEHRER's mother further stated that DOEHRER used the iPhone under her supervision, but

---

[8] During the September 19, 2023 Interview, Victim-1 stated that she believed that Individual-1 was 27 or 28 years old. Based on my review of law enforcement records, I am aware that DOEHRER was 24 years old at the time of that interview.

DOEHRER's mother acknowledged that neither her dresser nor her bedroom have locks, and that DOEHRER therefore had access to the iPhone.

b.   DOEHRER's mother further stated, in substance and in part, that she believed that the iPhone's passcode was DOEHRER's date of birth, but DOEHRER's mother did not know the exact configuration of the date of birth that comprised the passcode. DOEHRER's mother asked DOEHRER for the passcode, and DOEHRER provided the passcode to his mother, who, in turn, provided it to law enforcement personnel. Based on my review of law enforcement records, I am aware that the iPhone's passcode is, in fact, DOEHRER's date of birth.

c.   Upon using the passcode provided by DOEHRER's mother to access the iPhone, law enforcement personnel observed the Platform-1 application on the iPhone's home screen; upon opening the Platform-1 application, law enforcement personnel observed the "blitz1888" Platform-1 account that DOEHRER used to communicate with Victim-1.

d.   In addition, law enforcement personnel called the number of the 6821 Phone, which, as described above, was used by DOEHRER to communicate with Victim-1, and the iPhone rang.

e.   Accordingly, I believe that the iPhone and the 6821 Phone are the same phone, and that it was used by DOEHRER, including to communicate with Victim-1.

f.   Upon using the passcode provided by DOEHRER's mother to access the iPhone, law enforcement personnel found, in the iPhone's "Photos" application, dozens of videos and/or images of CSAM.

i.   For example, one video depicted an adult male's erect penis engaged in oral penetration of a minor who, based on the training and experience of the law enforcement officer who observed the video, appeared to be approximately six weeks old.

g.   Accordingly, I submit that there is probable cause to believe that DOEHRER possessed "child pornography," as that term is defined in Title 18, United States Code, Section 2256(8).

### DOEHRER's Prior Conviction and Sex Offender Registration

29.   Based on my review of law enforcement and court records, and my conversations with law enforcement personnel, I am aware of the following:

a.   On or about May 5, 2022, DONALD JASON DOEHRER, the defendant, was convicted following a guilty plea in the United States District Court for the Southern District of New York of possession of child pornography, in violation of Title 18, United State Code, Sections 2252A(a)(5)(B), 2252A(b)(2), and 2, which is an offense under Title 18, United States Code, Chapter 110.

b.  As a result of DOEHRER's prior conviction, DOEHRER was required by law to register as a sex offender.  On or about November 3, 2022, DOEHRER so registered.

WHEREFORE, I respectfully request that DONALD JASON DOEHRER, the defendant, be imprisoned or bailed, as the case may be.

_____
JEREMY RYAN GALE
Special Agent
FBI

Sworn to before me this 11th day of January, 2024.

_____
THE HONORABLE ROBYN F. TARNOFSKY
United States Magistrate Judge
Southern District of New York