# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

August 28, 2025

*Via CM/ECF*
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Donald Doehrer*
      20 Cr. 424 (PAE)/25 Cr. 202 (PAE)

Dear Judge Engelmayer,

I write to respectfully request a three-week adjournment of the sentencing proceedings in the above-captioned cases, which are currently scheduled for September 11, 2025, at 10:00 a.m. The Government consents to this application. I respectfully submit that a short adjournment is appropriate for two principal reasons. First, the defense is still obtaining records from MDC Brooklyn pertinent to the Court's application of the Section 3553(a) factors to Donald Doehrer. Second, the Government recently received additional victim information and is incorporating the report into the parties' discussions regarding a consent restitution order. The recent victim report may also result in additional victim impact statements not presently reflected in the PSR, which the parties will require time to review and discuss.

This is the defense's second application for an adjournment of sentencing. Barring any surprises, the defense does not expect to seek subsequent adjournments. I thank the Court for its consideration of this unopposed application.

Respectfully submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender
(646) 315-1527

Cc: Counsel of Record

---

**GRANTED.** Sentencing is adjourned to **September 30, 2025** at **11:30 a.m.** The parties shall serve their sentencing submissions in accordance with this Court's Individual Rules & Practices in Criminal Cases. The Clerk of Court is requested to terminate the motion at Dkt. No. 71 in case 20-CR-424 (PAE) and Dkt. No. 49 in case 25-CR-202 (PAE).

SO ORDERED.                                                                    9/3/2025

PAUL A. ENGELMAYER
United States District Judge