UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    -v-<br><br>DONALD DOEHRER,<br><br>                                   Defendant. | 20-CR-424 (PAE)<br>25-CR-202 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

As a result of the parties having filed their sentencing submissions after the deadline originally set by the Court, and the complexities presented by the case, the Court requires additional time before holding sentencing. The Court accordingly reschedules sentencing, presently scheduled for October 1, 2025, until **October 9, 2025**, at **9:30 a.m.** The Court apologizes to the parties for any inconvenience.

SO ORDERED.

                                                                          PAUL A. ENGELMAYER
                                                                          United States District Judge

Dated: September 29, 2025
           New York, New York