# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

October 16, 2025

*Via CM/ECF*
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:   *United States v. Donald Doehrer*
            20 Cr. 424 (PAE)/25 Cr. 202 (PAE)

Dear Judge Engelmayer,

    I write regarding the parties' deadline to provide the Court with a joint restitution order. The parties are still discussing the defense's request for language in the order directing the BOP to maintain a minimum balance in Mr. Doehrer's commissary, and we request a week extension of the deadline to file.

Respectfully submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender
(646) 315-1527

Cc: Counsel of Record

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 62.

10/17/2025

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge