

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 23, 2025

**By ECF and Email**
The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

        Re:    *United States v. Donald Doehrer*, 25 Cr. 202 (PAE)

Dear Judge Engelmayer:

      The Government writes on behalf of the parties to respectfully request that the Court endorse the proposed consent restitution order provided to the Court at the October 9, 2025 sentencing without modification.

      In addition, the defendant requests that the Court amend the judgment to include the following recommendation:

      "The Court recommends that, in enforcing the inmate financial responsibility program with respect to Doehrer, BOP allows him to maintain a minimum balance of $50.00 in his commissary so that his access to medical and hygiene necessities is not interrupted."

      The Government takes no position on this request.

                              Respectfully submitted,

                              JAY CLAYTON
                              United States Attorney

By:  *[signature]*
      Adam Z. Margulies
      Assistant United States Attorney
      (212) 637-2345

---

**GRANTED.** The Court will include in the judgment the recommendation sought by the defense with respect to commissary funds. The Clerk of Court is requested to terminate the motion at Dkt. No. 64.

SO ORDERED.

10/28/2025

*[signature: Paul A. Engelmayer]*

PAUL A. ENGELMAYER
United States District Judge